D+F+scan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

UMG RECORDINGS, INC., a Delaware
corporation; ARISTA RECORDS LLC, a
Delaware limited liability company; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; ATLANTIC RECORDING
CORPORATION, a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a
California corporation; and WARNER BROS.
RECORDS INC., a Delaware corporation,

        Plaintiffs,

       -against-

FRANK MORANO,

        Defendant.

-------------------------------------------------------

x
:
:
:
:
:
:
:
:
:
:
:
:
x

Civil Action No.: 05 CV 474 DGT

Filed Electronically

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18, 2005 ★

P.M.
TIME A.M.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

        Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

      1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

      2.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Eighty Dollars ($380.00).

1

3.     Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Around The Way Girl," on album "Mama Said Knock You Out," by artist "LL Cool J" (SR# 123-555);
- "Phenomenon," on album "Phenomenon," by artist "LL Cool J" (SR# 243-497);
- "U Remind Me," on album "8701," by artist "Usher" (SR# 307-207);
- "One Sweet Day," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "How Many Licks?," on album "The Notorious K.I.M.," by artist "Lil' Kim" (SR# 286-624);
- "One Or The Other," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);
- "Here With Me," on album "No Angel," by artist "Dido" (SR# 289-904);
- "Runaway Lover," on album "Music," by artist "Madonna" (SR# 285-828);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _May 9, 2009_

By: _s/David G. Trager_
Hon. David G. Trager
United States District Judge